**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maria TOLEDO–FIERROS, a.k.a. Mari, Defendant–Appellant.**

No. 10–50584.

United States Court of Appeals, Ninth Circuit.

---

Submitted Feb. 11, 2013.*

Filed Feb. 15, 2013.

Ariel Neuman, Michael J. Raphael, Esquire, Nicholas A. Trutanich, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Phillip A. Trevino, Esquire, Law Offices of Phillip A. Trevino, Los Angeles, CA, for Defendant–Appellant.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Maria Toledo–Fierros appeals from the district court's judgment and challenges the 70–month sentence imposed following her guilty-plea conviction for conspiracy to aid and assist inadmissible aliens to enter the United States, in violation of 8 U.S.C. § 1327. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Toledo–Fierros's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Toledo–Fierros the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Toledo–Fierros has waived her right to appeal her sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable

issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

